IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joseph Thomas family McQuatters, | ) | C/A No. 3:13-130-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| ABN AMRO Mortgage Group Inc.; Finkle Law Firm; Beverly J. Finkle; Thomas A. Shook; CitiMortgage Inc.; Robinson Bradshaw and Hinson Law Firm; and Brian L. Church, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This civil action is currently before the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC for a Report and Recommendation concerning the service of process for the named defendants. The plaintiff, Joseph Thomas family McQuatters, who is self-represented, filed his Complaint on January 11, 2013. (ECF No. 1.) On May 8, 2013, the court issued an order authorizing service on the above-listed defendants and directing the Clerk of Court to issue the summonses and provide the plaintiff with the issued summonses for service of process.[1] (ECF No. 19.) As directed by the court's order, the Clerk of Court issued summonses pursuant to Federal Rule of Civil Procedure 4(b). (ECF No. 20.) The plaintiff was specifically advised in the court's order that, pursuant to Federal Rule of Civil Procedure 4(m), he was responsible for service of process. (ECF No. 19 at 2-3.) The court also advised the plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), service of process must

---

[1] The court contemporaneously issued a Report and Recommendation that recommended dismissal of multiple defendants, which was adopted by Order issued May 29, 2013.

Page 1 of 3



be effected on the defendant within 120 days. Review of the docket discloses that no proof of service has been filed by the plaintiff as required under Federal Rule of Civil Procedure 4(*l*) with regard to any defendant.

The court issued an order to show cause on September 10, 2013. (ECF No. 29.) In its order, the court granted the plaintiff fourteen days to respond in writing and demonstrate good cause for his failure to effect service on the defendants in a timely manner. The court also specifically warned the plaintiff that if he failed to respond, this action would be recommended for dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The plaintiff filed a response to the court's order in which he requested an extension of thirty days to effect service. (ECF No. 31.) The court granted the plaintiff's motion and extended the plaintiff's time to effect service on the defendants until October 9, 2013. (ECF No. 32.) Despite his extension of time and notwithstanding the specific warning and instructions set forth in the court's order to show cause, the plaintiff has failed to file proof of service with regard to any defendant as required under Federal Rule of Civil Procedure 4(*l*).

## RECOMMENDATION

Accordingly, the court recommends that this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 16, 2013
Columbia, South Carolina

*The parties' attention is directed to the important notice on the next page.*

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); see Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).