IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Joseph Thomas, family McQuatters, ) | C/A NO. 3:13-130-CMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| ABN AMRO Mortgage Group, Inc.; ) | |
| Finkle Law Firm; Beverly J. Finkle; ) | |
| Thomas A. Shook; CitiMortgage, Inc.; ) | |
| Robinson, Bradshaw, and Hinson ) | |
| Law Firm; and Brian L. Church, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* complaint alleging various violations of state and federal law. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings and a Report and Recommendation ("Report"). On October 30, 2013, Plaintiff was provided additional time to serve Defendants and provide proof of service to the court by November 15, 2013. *See* Opinion and Order (ECF NO. 44). Plaintiff was specifically advised that failure to abide by this deadline would result in the dismissal of this matter without prejudice.

On November 19, 2013, the court received a letter from Plaintiff, indicating that service had not been effected and that he understands that the court "now [has] to dismiss my complaint." ECF No. 47. Accordingly, this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 19, 2013

1